```
 1  LORIE J. TEICHERT
    Attorney at Law
 2  California State Bar No. 142271
    1322 F Street
 3  Sacramento, CA  95814
    Telephone:  (916) 441-4410
 4  Facsimile:  (916) 441-4202

 5  Attorney for Defendant

 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   No. CR. S-07-567-GEB
                                   )
12          Plaintiff,              )
                                   )
13      v.                          )   [PROPOSED] STIPULATION
                                   )   AND ORDER TO CONTINUE
14  EDUARDO CID CRUZ,              )   STATUS CONFERENCE
                                   )
15          Defendant.              )
    _____)
16

17      IT IS HEREBY stipulated between the parties, Plaintiff
18  United States of America, by and through United States Attorney
19  McGregor W. Scott and Assistant United States Attorney Kyle F.
20  Reardon, and Defendant, Eduardo Cid Cruz, through his attorney,
21  Lorie J. Teichert, that the previously set Status Conference of
22  January 25, 2008 be continued to March 14, 2008 at 9:00 a.m.
23      It is further stipulated and agreed between the parties that
24  the period between January 25, 2008 through and including March
25  14, 2008 should be excluded in computing the time within which
26  the trial of the above criminal prosecution must commence for
27  purposes of the Speedy Trial Act.  The parties stipulate that the
28  ends of justice are served by the Court excluding such time, so
```

1

1  that counsel for the defendant may have reasonable time necessary
2  for effective preparation, taking into account the exercise of
3  due diligence.  18 U.S.C. section 3161(h)(8)(B)(iv).  In
4  particular, counsel needs more time for the purpose of defense
5  preparation, investigation of factual issues, completion of a
6  Pre-Plea Report, and settlement discussions.  All parties
7  stipulate and agree that this is an appropriate exclusion of time
8  within the meaning of Title 18, United States Code, section
9  3161(h)(8)(B)(iv), and Local Code T4.
10 Dated: January 24, 2008         Respectfully submitted,

13                                    /s/ Lorie J. Teichert
                                     LORIE J. TEICHERT
14                                   Attorney for Defendant
                                     Eduardo Cid Cruz

17 Dated: January 24, 2008         McGREGOR W. SCOTT
                                   United States Attorney

19                                 By: /s/Kyle F. Reardon
                                       KYLE F. REARDON
20                                     Assistant U.S. Attorney

2

|   |   |
|---|---|
| 1 | ORDER |
| 2 | Based on the stipulation of the parties and good cause |
| 3 | appearing therefrom, the Court adopts the parties' stipulation in |
| 4 | its entirety as its order.  The Court finds the ends of justice |
| 5 | to be served by granting counsel time to diligently investigate |
| 6 | and prepare outweigh the best interests of the public and the |
| 7 | defendant in a speedy trial.  Therefore, it is ordered that the |
| 8 | previously set status conference is continued to March 14, 2008. |
| 9 | It is further ordered that time from the date of the parties' |
| 10 | stipulation until and including March 14, 2008, shall be excluded |
| 11 | from computation of time within which the trial of this case must |
| 12 | be commenced under the Speedy Trial Act in the interests of |
| 13 | justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code |
| 14 | T4. |

**IT IS SO ORDERED.**

Dated:  January 24, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge